UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

          Plaintiff,

     v.

FREDERIC S. BAKER, et al.,

          Defendants.

Case No.  13-cv-03266-JCS (PR)

**ORDER REVOKING IN FORMA PAUPERIS STATUS**

       This closed federal civil rights action is on appeal.  The Court of Appeals has referred the matter to this Court for a determination whether plaintiff's *in forma pauperis* ("IFP") status should continue for this appeal.  This Court determines that it should not.  There are no valid grounds on which an appeal can be based.  Consequently, the Court certifies that any appeal taken from the order of dismissal and judgment of this action will not be taken in good faith and is therefore frivolous.  Fed. R. App. P. ("FRAP") 24(a)(3)(A); *Ellis v. United States*, 356 U.S. 674, 674–75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).  Accordingly, plaintiff's IFP status is hereby REVOKED.  The Clerk shall forthwith notify plaintiff and the Court of Appeals of this order.  *See* FRAP 24(a)(4).  Plaintiff may file a motion for leave to proceed IFP on appeal in the Court of Appeals within thirty days after service of notice of this order.  *See* FRAP 24(a)(5).  Any such motion "must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action."  *Id.*

       **IT IS SO ORDERED.**

**Dated:**  July 22, 2014

                              _____
                               JOSEPH C. SPERO
                       United States Magistrate Judge

United States District Court
Northern District of California

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>        Plaintiff,<br><br>    v.<br><br>FREDERIC S. BAKER, et al.,<br><br>        Defendants. | Case No.  13-cv-03266-JCS<br><br>**CERTIFICATE OF SERVICE** |

        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

        That on 7/22/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jamisi Jermaine Calloway
California State Prison-Corcoran
P.O. Box 3456
Corcoran, CA 93212-3456

Dated: 7/22/2014

Richard W. Wieking
Clerk, United States District Court

By: _Karen L. Hom_
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2